UNITED STATES DISTRICT COURT
For the Northern District of Texas Dallas Division

| | | |
|---|---|---|
| STORE MASTER FUNDING IV, LLC, a Delaware limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>CHALAK PEAK RESTAURANTS, LLC, a Texas limited liability company; CHRISTOPHER DEMERS; JAYAMIN PATAL; KINJAL PATAL; RONAK PARIKH; PINKY PARIKH; AKASH BHAKTA; VASUDHA BHAKTA; CHETAN BHAKTA; CHETAL BHAKTA; NIKUNJ BHAKTA; TEENA BHAKTA<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:20-cv-01444-E |

**STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS ONLY WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all causes of action that Plaintiff asserts against Defendants Chetal Bhakta, Chetan Bhakta, Teena Bhakta, Vasudha Bhakta, Christopher DeMers, Jayamin Patel, Kinjal Patel and Pinky Parikh are hereby DISMISSED with prejudice and without an award of costs or fees to any party.[1] This Stipulation will have no effect on any defendants not specifically named herein.

[Remainder of Page Intentionally Left Blank]

[1] Jayamin Patel's and Kinjal Patel's last names are misspelled as "Patal" in Plaintiff's First Amended Complaint (Doc. #5).

Respectfully submitted this 22nd day of April, 2021.

REED SMITH LLP

By: */s/Keith M. Aurzada*
Keith Miles Aurzada
Texas State Bar No. 24009880
Bradley J. Purcell
Texas State Bar No. 24063965
2850 N. Harwood, Suite 1500
Dallas, TX 75201
Phone: (469) 680-4221
Fax: (469) 680-4299
Email: kaurzada@reedsmith.com
Email: bpurcell@reedsmith.com

*Counsel for Plaintiff*

KEATING BROWN PLLC

By: */s/Patrick Keating*
Patrick Keating
Texas State Bar No. 00794074
Jeremy T. Brown
Texas State Bar No. 24055221
2425 N. Central Expressway, Ste. 200
Richardson, Texas 75080
Phone: (214) 390-7702
Fax: (214) 989-4147
Email: pkeating@keatingbrown.com
Email: jbrown@keatingbrown.com

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record by means of the Court's electronic filing system on April 22, 2021.

/s/Keith M. Aurzada
Keith M. Aurzada