**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STORE MASTER FUNDING IV, LLC, a Delaware limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>CHALAK PEAK RESTAURANTS, LLC, a Texas limited liability company; CHRISTOPHER DEMERS; JAYAMIN PATAL; KINJAL PATAL; RONAK PARIKH; PINKY PARIKH; AKASH BHAKTA; VASUDHA BHAKTA; CHETAN BHAKTA; CHETAL BHAKTA; NIKUNJ BHAKTA; TEENA BHAKTA<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:20-cv-01444-E |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is DISMISSED with prejudice and without an award of costs or fees to any party.

[Remainder of Page Intentionally Left Blank]

Respectfully submitted this 12th day of January, 2022.

REED SMITH LLP

By: */s/ Bradley J. Purcell*
Keith Miles Aurzada
Texas State Bar No. 24009880
Bradley J. Purcell
Texas State Bar No. 24063965
2850 N. Harwood, Suite 1500
Dallas, TX 75201
Phone: (469) 680-4221
Fax: (469) 680-4299
Email: kaurzada@reedsmith.com
Email: bpurcell@reedsmith.com

*Counsel for Plaintiff*

KEATING BROWN PLLC

By: */s/ Patrick Keating*
Patrick Keating
Texas State Bar No. 00794074
Jeremy T. Brown
Texas State Bar No. 24055221
2425 N. Central Expressway, Ste. 200
Richardson, Texas 75080
Phone: (214) 390-7702
Fax: (214) 989-4147
Email: pkeating@keatingbrown.com
Email: jbrown@keatingbrown.com

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record by means of the Court's electronic filing system on January 12, 2022.

*/s/ Bradley J. Prucell*
Bradley J. Purcell